**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02144-REB-MJW

DEBORAH SALAZAR,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey insurance company, and
INTERMOUNTAIN RURAL ELECTRIC ASSOCIATION LONG TERM DISABILITY PLAN, an ERISA welfare benefit plan,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal With Prejudice** [#20], filed March 26, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#20], filed March 26, 2009, is **APPROVED**;

2. That the Trial Preparation Conference set for October 2, 2009, is **VACATED**;

3. That the trial to the court set to commence October 5, 2009, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 26, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge